THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0033-JCC-2 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISMAEL GARCIA SR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Ismael Garcia Sr.'s motion to expedite his motion to allow travel (Dkt. No. 58). The Court construes this motion as a motion to shorten time, which have been abolished in this District. *See* W.D. Wash. Local Crim. R. 12(b)(8). On this basis, Defendant's motion (Dkt. No. 58) is DENIED.

However, the Court understands Defendant's interest in a speedy resolution of his motion to allow travel (Dkt. No. 57) and will consider the motion upon the earlier of a response from the Government or the noting date of May 18, 2018. *See* W.D. Wash. Local Crim. R. 12(b)(2).

//

//

//

MINUTE ORDER
CR18-0033-JCC-2
PAGE - 1

1       DATED this 10th day of May 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk