THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR18-0033-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ISMAEL GARCIA, SR., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendant Ismael Garcia Sr.'s unopposed motion to allow travel (Dkt. No. 57). Mr. Garcia is on pretrial release. (Dkt. No. 29.) His trial is currently set for October 9, 2018. (Dkt. No. 51.) He seeks leave of the Court to travel from Seattle, Washington to the home of his brother in Houston, Texas for a family reunion and to see his mother. (Dkt. No. 57 at 1.) Neither Pretrial Services nor the Government objects to Mr. Garcia's travel. (Dkt. Nos. 57 at 2, 60 at 1.) Mr. Garcia has complied with all conditions of his pretrial release. (Dkt. No. 57 at 1.) The Court finds good cause to GRANT Mr. Garcia's motion.

Accordingly, the Court GRANTS Mr. Garcia leave to fly from Seattle, Washington to Houston, Texas on Friday, May 25, 2018 and to stay at the home of his brother, Adam Garcia at 7002 Zieglers Grove, Richmond, Texas 77469. Mr. Garcia must return to Seattle on Monday, May 28, 2018. This order provides a limited and temporary release of the condition of Mr. Garcia's Appearance Bond prohibiting travel outside of the Western District of Washington. All

other conditions previously imposed by the Court remain in place. Upon return to this District, Mr. Garcia's travel will be once again restricted in accordance with the terms of his Appearance Bond. Mr. Garcia will maintain contact with his pretrial services officer, as directed.

DATED this 15th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE