THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0033-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISMAEL GARCIA, SR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial motion deadline (Dkt. No. 89). Defendant has filed a waiver of speedy trial waiver through March 15, 2019. (Dkt. No. 91.) Having thoroughly considered the parties' stipulated motion (Dkt. No. 89) and Defendant's speedy trial waiver (Dkt. No. 91), the Court FINDS:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and review of relevant foreign language discovery materials. 18 U.S.C. § 3161(h)(7)(B)(iv).
2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. A continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for Defendant to benefit from these efforts. Therefore, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

It is therefore ORDERED that the trial date be continued from November 13, 2018 to February 19, 2019 at 9:30 A.M., and that the time between the date of this Order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 3161(h)(6). Any pretrial motions shall be filed no later than January 4, 2019.

DATED this 12th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk