THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL GARCIA, SR.,<br><br>Defendant. | CASE NO. CR18-0033-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to travel (Dkt. No. 104). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. Defendant is granted leave to fly from Seattle, Washington to Houston, Texas on Saturday, December 22, 2018 and to stay at the home of his brother, Adam Garcia, at 5819 Chaste Ct., Richmond, TX 77469.
2. Defendant shall return to Seattle on Sunday, December 30, 2018.
3. This order provides a limited and temporary release of the condition of Defendant's appearance bond prohibiting travel outside of the Western District of Washington. (Dkt. No. 30.) All other conditions imposed by the Court remain in place. Upon Defendant's return to the Western District of Washington, Defendant's travel will be once again restricted in accordance with the terms of his appearance bond.

4. Defendant shall maintain contact with his pretrial services officer, as directed.

DATED this 3rd day of December 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE